MINUTE ENTRY:
CRIMINAL ACTION NO. 2:96cr30PG
UNITED STATES OF AMERICA
VERSUS
KIRKSEY McCORD NIX, JR., ET AL



DIVISION: HATTIESBURG

APPEARANCES
FOR GOVERNMENT:

Richard Starrett, AUSA
John Dowdy, AUSA
James Tucker, AUSA
Peter Barrett, AUSA
Keith Bell, FBI

FOR DEFENDANTS:

NIX
Tom Royals
Julie Eppes

HALAT
David Chesnoff
Tommy Spina
John Colette

HOLCOMB
Jeff Hall
Clark Hicks

SHARPE
Mike Adelman

HEARING ON: Jury Trial

TIME: 19. (Jury Sel.)
      156.5

ISSUE JOINED:
JURIS./NATURE OF SUIT:
PLACE OF HOLDING COURT: Hattiesburg, MS
PRESIDING OFFICER: Judge Charles W. Pickering, Sr.
COURT REPORTER: Margaret Kinchen

DATE(S): 6/3/97   9:00 a.m. -11:45 a.m.
                  1:00 p.m. - 6:50 p.m.       9.   (Jury Sel.)

         6/4/97   8:00 a.m. - 9:45 a.m.       2.   (Jury Sel.)

         6/5/97   9:00 a.m. - 11:45 a.m.
                  1:15 p.m. - 6:30 p.m.       8.   (Jury Sel.)

         6/6/97   9:00 a.. - 12:00 p.m.
                  1:15 p.m. - 2:30 p.m.       4.

         6/9/97   1:00 p.m. - 5:30 p.m.       4.5

         6/10/97  9:00 a.m. - 11:50 a.m.
                  1:20 p.m. - 5:20 p.m.       7.

903
526

| | | |
|---|---|---|
| 6/11/97 | 9:00 a.m. - 11:50 a.m. | |
| | 1:20 p.m. - 5:10 p.m. | 7. |
| 6/12/97 | 9:00 a.m. - 11:45 a.m. | |
| | 1:20 p.m. - 5:10 p.m. | 6.5 |
| 6/13/97 | 8:30 a.m. - 1:10 p.m. | 4.5 |
| 6/16/97 | 1:00 p.m. - 5:10 p.m. | 4. |
| 6/17/97 | 9:00 a.m. - 11:55 a.m. | |
| | 1:25 p.m. - 5:35 p.m. | 7. |
| 6/18/97 | 8:30 a.m. - 12:10 p.m. | |
| | 1:25 p.m. - 5:10 p.m. | 7.5 |
| 6/19/97 | 9:00 a.m. - 12:30 p.m. | |
| | 1:30 p.m. - 5:10 p.m. | 7. |
| 6/20/97 | 9:00 a.m. - 1:10 p.m. | 4. |
| 6/23/97 | 1:00 p.m. - 6:00 p.m. | 5. |
| 6/24/97 | 8:30 a.m. - 11:50 a.m. | |
| | 1:20 p.m. - 5:35 p.m. | 7.5 |
| 6/25/97 | 8:45 a.m. - 11:55 a.m. | |
| | 1:30 p.m. - 6:30 p.m. | 8. |
| 6/26/97 | 9:00 a.m. - 11:35 a.m. | |
| | 1:10 p.m. - 5:30 p.m. | 7. |
| 6/27/97 | 8:45 a.m. - 1:00 p.m. | 4.5 |
| 6/30/97 | 1:00 p.m. - 5:15 p.m. | 4.5 |
| 7/1/97 | 9:00 a.m. - 12:00 p.m. | |
| | 1:30 p.m. - 5:15 p.m. | 7. |
| 7/2/97 | 8:45 a.m. - 11:50 a.m. | |
| | 1:15 p.m. - 4:00 p.m. | 6.5 |
| 7/3/97 | 9:00 a.m. - 12:35 p.m. | 3.5 |
| 7/7/97 | 9:00 a.m. - 11:40 a.m. | |
| | 2:15 p.m. - 5:00 p.m. | 5.5 |
| 7/8/97 | 8:30 a.m. - 12:00 p.m. | |
| | 1:35 p.m. - 4:05 p.m. | 6. |
| 7/9/97 | 8:30 a.m. - 10:15 a.m. | |
| | 12:45 p.m. - 4:45 p.m. | 6. |

904

```
7/10/97  8:30 a.m. - 12:00 p.m.
         1:25 p.m. - 5:30 p.m.        7.5

7/11/97  8:30 a.m. - 1:00 p.m.
         3:20 p.m. - 4:20 p.m.        5.5

         JURY DELIBERATIONS BEGAN AT 12:50 P.M.
         JURY SEQUESTERED
         Jury Deliberated from 12:50 p.m. - 5:00 p.m.

7/12/97  Jury Deliberated from approximately
         9:00 a.m. - 5:00 p.m.

7/13/97  Jury Deliberated from approximately
         1:00 p.m. - 4:40 p.m.

7/14/97  11:30 a.m. - 12:00 p.m.
         1:10 p.m. - 6:45 p.m.         6.

         NO JURY DELIBERATIONS 7/14/97

7/15/97  Jury Deliberated from approximately
         9:00 a.m. - 5:30 p.m.

7/15/97  5:00 p.m. - 5:30 p.m.         .5

7/16/97  9:00 a.m. - 9:15 a.m.         .5

7/16/97  Jury Deliberated from approximately
         8:30 a.m. - 4:30 p.m.

         3:30 p.m. - 4:30 p.m.         1.

         PARTIAL VERDICT RENDERED AND
         PRESENTED IN OPEN COURT
         4:30 p.m. - 5:10 p.m.         .5

7/17/97  Jury Deliberated from approximately
         8:30 a.m. - 3:30 p.m.

         VERDICT RENDERED AND PRESENTED
         IN OPEN COURT
         3:30 p.m. - 3:45 p.m.         .25

7/17/97  FORFEITURE HEARING AS TO HALAT
         3:55 p.m. - 4:30 p.m.         .5

         VERDICT RENDERED AND PRESENTED
         IN OPEN COURT
         5:02 p.m. - 5:15 p.m.         .25
```

905

ACTION TAKEN: Counts 6, 12, 19, 20 and 21 dismissed. Count 52 (Forfeiture Count) as to Halat decided by jury verdict. Count 52 (Forfeiture Count) as to Nix to be non-jury issue before Judge Pickering on Wednesday, July 23, 1997. See Jury Verdicts. Sentencings scheduled as follows:

       9/23/97 at 10:00 a.m.    Thomas Leslie Holcomb
       9/23/97 at 10:30 a.m.    Sheri LaRa Sharpe
       9/23/97 at 11:00 a.m.    Pete Halat, Jr.
       9/23/97 at 1:30 p.m.     Kirksey McCord Nix, Jr.


DEPUTY CLERK: S. Schmitt
LAW CLERK: P. Walters